THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF NEW YORK, Respondent, against GILBERT H. KNAPP et al., as Assessors of the Town of Bedford, Appellants. [Watershed property, Shaft 13, Town of Bedford.] — In a certiorari proceeding, pursuant to sections 290 *et seq.* of the Tax Law, order

reducing an assessment by striking out so much thereof as values an appurtenance of an aqueduct, unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *post*, p. 941.]